## (June 5, 1951.)

MARY C. MACCABE et al., Respondents, v. RICHARD S. TANNEY et al., Defendants, and FRANK BOSILLO, Appellant.— In an action by plaintiff wife to recover damages for personal injuries and by plaintiff husband for loss of services, one of three defendants appeals from an order granting plaintiffs' motion for a preference and directing that the case be placed on the ready day calendar for June 4, 1951. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

## (June 6, 1951.)

LUCILLE GERVAIS, Appellant, v. NARCISSE F. GERVAIS, Respondent.— In an action by plaintiff wife to annul a marriage on the ground defendant husband concealed a physical condition which rendered him incapable to enter into the marriage relationship, plaintiff appeals from an order denying, with leave to renew at trial, a motion for a physical examination of defendant. Order affirmed, without costs. (*Levine* v. *Levine,* 272 App. Div. 1021.) Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

## (June 11, 1951.)

FREEMAN E. FORSYTH, Respondent, v. MANUFACTURERS TRUST COMPANY et al., Defendants, and HANDI-MAN CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 843.]

MICHAEL AURRICHIO et al., Respondents, v. MARGARET A. KLINGENBECK, as Sole Executrix of JOSEPH H. KLINGENBECK, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, with $10 costs. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of FREDA K. RALPH, Respondent, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 793.]